

# UNITED STATES DISTRICT COURT

District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003-2151

**Earl H. Carroll**
United States District Judge

Telephone: (602) 322-7530



August 10, 2007

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E.,
Washington, D.C.   20544
Attn: Judge Ortrie D. Smith, Chair

     RE: Your letter of August 2, 2007 - concerning
        my 2006 Report

Dear Judge Smith:

     Please refer to the following corrections in response to your questions on page 2 of your letter:

     (1) Part VII, page 1, line 6 - change "Putnam Fund" to "Putnam Growth and Income - Cl-A."

     (2) Part VII - page 4, line 3, should read Windstream - Column D2 - 11/6/06 - Column D-3-J

     I trust these changes satisfy your questions.

                Sincerely,

                Earl H. Carroll

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARROLL, EARL H. | DISTRICT COURT - ARIZONA | 5/10/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT CT. JUDGE (SENIOR STATUS) | ___ Nomination, Date ___  <br> ___ Initial  _X_ Annual  ___ Final  <br> 5b. ___ Amended Report | 1/1/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 W. WASHINGTON ST. STE. 521 SPC 48 PHOENIX, AZ 85003-2151 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2007 MAY 15 A 10: 08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [ ] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| *CARROLL, EARL H.* | *5/10/07* |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE           DESCRIPTION

[X] 1   **NONE** (No such reportable reimbursements.)

2

3

4

5

6

7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE      DESCRIPTION      VALUE

[X] 1   **NONE** (No such reportable gifts.)

2          $

3          $

4          $

         $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR      DESCRIPTION      VALUE CODE*

[X] 1   **NONE** (No reportable liabilities.)

2

3

4

5

*Value Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/10/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 AETNA INC. NEW | A | D | K | † | | | | | |
| 2 BANK OF AMERICA | A | I | K | † | | | | | |
| 3 J.P. MORGAN CHASE BANK | A | I | K | † | | | | | |
| 4 COMPAS BANK | A | I | J | † | CLOSED ACCOUNT 11/1/06 | | | | |
| 5 AMERIPRISE | A | D | M | † | | | | | |
| 6 PUTNAM FUND | B | D | M | † | | | | | |
| 7 ANHEUSER BUSCH COS. | D | D | N | † | | | | | |
| 8 NAVISTAR | A | D | J | † | | | | | |
| 9 CITIZEN'S UTILITIES | A | D | J | † | | | | | |
| 10 ENTERGY CORP. | A | D | J | † | | | | | |
| 11 DEVON ENERGY CORP. | A | D | J | † | | | | | |
| 12 EXXON MOBIL CORP. | A | D | K | † | | | | | |
| 13 IBM | A | D | J | † | | | | | |
| 14 MOTOROLA | A | D | L | † | | | | | |
| 15 HONEYWELL INT. INC. | A | D | K | † | | | | | |
| 16 JP MORGAN CHASE | A | D | J | † | | | | | |
| 17 SALT RIVER PROJECT MUNICIPAL BONDS | -NONE- | | | | REDEMPTION 1/29/04 | | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE | | | | | | | | | |
| 1 PHOENIX COUNTRY CLUB STOCK | NONE | K | + | | | | | | |
| 2 NATIONWIDE INS. ANNUITIES | NONE | m | + | | | | | | |
| 3 JACKSON NATIONAL ANNUITIES | NONE | m | + | | | | | | |
| 4 U.S. SAVINGS BONDS | NONE | L | + | | | | | | |
| 5 TAMARACK INVT. FDS. | A | D | K | + | | | | | |
| 6 AXA EQUITABLE IRA's | NONE | m | + | | | | | | |
| 7 MINERAL RIGHTS-PEARL RIVER Co.-MISSISSIPPI | NONE | (VALUE UNKNOWN) | | | | | | | |
| 8 ████████ LAGUNA BEACH, CA. | D | RENT | L | S | → (SEE SEC. VIII.) | | | | |
| 9 (THE FOLLOWING ARE HELD IN DAIN RAUSCHER IRA ACCOUNT) ABC | | | | | | | | | |
| 10 -WYETH | B | D | L | + | | | | | |
| 11 -At+t | A | D | K | + | | | | | |
| 12 -VERIZON Comm. | A | D | J | + | | | | | |
| 13 -BELL SOUTH CORP. | A | D | K | + | | | | | |
| 14 -Qwest Comm. | A | D | J | + | SOLD | 11/6 | J | (SEE SECTION VIII.) | |
| 15 -CARLISLE | B | D | m | + | | | | | |
| 16 -FMC CORP. | A | D | J | + | | | | | |
| 17 -IBM | A | D | K | + | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More ,000; | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/10/07 |

## VII. Page 3. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 HECLA MINING | A | D | J | † | | | | | |
| 2 LUBRIZOL CORP. | A | D | K | † | | | | | |
| 3 PHELPS DODGE | A | D | K | † | | | | | |
| 4 RPM | A | D | K | † | | | | | |
| 5 SCHERING PLOUGH | A | D | K | † | SOLD | 11/6 | K | (SEE SECTION VIII.) | |
| 6 JP MORGAN-CHASE | A | D | K | † | | | | | |
| 7 WEST PHARMACEUTICAL | A | D | L | † | | | | | |
| 8 WEYERHAEUSER | A | D | J | † | | | | | |
| 9 TAMARACK INV. F.DS | A | D | J | † | | | | | |
| 10 NORFOLK SOUTHERN | A | D | K | † | | | | | |
| 11 BAKER HUGHES INC. | A | D | K | † | | | | | |
| 12 BP PLC SPONS ADR | B | D | L | † | | | | | |
| 13 LUCENT TECHNOLOGIES | A | D | J | † | SOLD | 11/6 | J | (SEE SECTION VIII.) | |
| 14 ALLTEL CORP. | A | D | J | † | | | | | |
| 15 COMSTAT CORP. CL A | A | D | J | † | SOLD | 11/6 | J | (SEE SECTION VIII.) | |
| 16 FMC TECHNOLOGIES INC. | A | D | J | † | | | | | |
| 17 SPRINT NEXTEL CORP. | A | D | K | † | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| CARROLL, EARL H. | 5/10/07 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 EMBARQ CORP. | A | D | J | + | SPRINT-NEXTEL SPINOFF 5/17 J | | | | |
| 2 IDEARC INC. | A | D | J | + | VERIZON SPINOFF 11/17 I | | | | |
| 3 WINDSTREAM | A | D | J | + | SOLD - (SEE SEC. VII.) | | | | |
| 4 WELLS FARGO BK. SAV. | A | I | K | + | | | | | |
| 5 WELLS FARGO BK. C.D | A | I | K | + | | | | | |
| 6 SCHERING-PLOUGH CORP. | A | D | L | + | | | | | |
| 7 FREE SCALE SEMI-COND. | A | U | K | + | REDEMP 12/4 | | K | A | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CARROLL, EARL H. | 5/10/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

*VII.* PAGE 2 - LINE 8 - VALUE METHOD "S"
ASSESSED FULL VALUE - ORANGE Co. CALIFORNIA TREASURERS'
BILL 2006-2007 - $91,201.

PAGE 2 - LINE 14 - Qwest Comm.
" 3 - " 8 - SCHERING PLOUGH
" 3 - " 13 - LUCENT TECH.
" 3 - " 15 - Comstat Corp. CL A
THESE STOCKS WERE SOLD IN THE IRA FOR THE REQUIRED MINIMUM DISTRIBUTION - 2006.

PAGE 4 - LINE 3 - WINDSTREAM - THIS STOCK WAS A SPINOFF
OF ALLTEL ON 7/24 - SOLD IN THE IRA 11/6
AS PART OF THE RMD - 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                  Date 5-10-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544